UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     JOANN MCKNIGHT | CASE NO. 17-13132 |
| DEBTOR | SECTION A |
| | CHAPTER 13 |

## SECOND MOTION TO AMEND PLAN PRE CONFIRMATION

NOW into court, through undersigned counsel, comes the debtor who moves to amend her plan pre confirmation, and who represents as follows:

1.

Debtor amends her plan to accommodate the claim filed by the Louisiana Department of Revenue.

2.

The plan remains a 100% (plus 4% interest), 60-month plan, with payments of $659.34 per month.

WHEREFORE, your debtor prays for permission to so amend her plan as set forth above, and for such other relief as is just and equitable.

Respectfully Submitted:

Phillip D. Rubins (#17779)
Attorney at Law
4051 Veterans Memorial Blvd, Suite 305
Metairie, LA 70002
(504) 454-7763

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: JOANN MCKNIGHT  CASE NO. 17-13132

DEBTOR  SECTION A

CHAPTER 13

## VERIFICATION

I, Joann McKnight, do hereby make solemn oath that I have read the foregoing **SECOND MOTION TO AMEND PLAN PRE CONFIRMATION**, and it is true and correct to the best of my knowledge and belief.

_____
JOANN MCKNIGHT

1-9-18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: JOANN MCKNIGHT    CASE NO. 17-13132

DEBTOR    SECTION A

CHAPTER 13

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **SECOND MOTION TO AMEND PLAN PRE CONFIRMATION** and the **Amended Plan** were served on the _9th_ day of _Jan_, 2018 by ELECTRONIC FILING through the court's electronic filing system upon:

Chapter 13 Trustee, S.J. Beaulieu    ecf@ch13no.com

United States Trustee    USTPRegion05.NR.ECF@usdoj.gov

and by First Class Mail, Postage Prepaid on the attached list of creditors.

Phillip D. Rubins
4051 Veterans Memorial Blvd
Suite 305
Metairie, LA 70002
(504) 454-7763
(#17779)

```
                              ncrs_addresses
Case Number:   17-13132

17-13132|Collector of Revenue |City of New Orleans|Department of Finance|1300
Perdido Street, RM 1W15|New Orleans, LA 70112-2128||
17-13132|Louisiana Department of Revenue |Collection Division/Bankruptcy Section|P.
O. Box 66658|Baton Rouge, LA 70896-6658 |||
17-13132|Louisiana Workforce Commission |UI Tax Liability and Adjudications|Attn:
Bankruptcy Unit|1001 N. 23rd Street|Baton Rouge, LA 70802-3338||
17-13132|Ocwen Loan Servicing, LLC as servicer for De|Shapiro & Daigrepont
L.L.C.|3510 N. Causeway Blvd.|Suite 600|metairie, LA 70002-3540||
17-13132|U. S. Attorney's Office |Eastern District of Louisiana|650 Poydras
Street|Suite 1600|New Orleans, LA 70130-7212 ||
17-13132|United States Bankruptcy Court|Eastern District of Louisiana|Hale Boggs
Federal Building|500 Poydras Street, Suite B-601|New Orleans, LA 70130-3319||
17-13132|AT&T |P.O. Box 105503|Atlanta, GA 30348-5503| |||
17-13132|AT&T Mobility |2612 North Roan St.|Johnson City, TN 37601-1708| |||
17-13132|AT&T Mobility |P.O. Box 53216|Atlanta, GA 30355-1216| |||
17-13132|Belle Chasse Emergency Group |P.O. Box 731584|Dallas, TX 75373-1584| |||
17-13132|CAPITAL ONE|PO BOX 30285|SALT LAKE CITY UT 84130-0285||||preferred
17-13132|Capital One |Attn: Bankruptcy Department|P.O. Box 30285|Salt Lake City, UT
84130-0285| ||
17-13132|Capital One Auto Finance |3905 North Dallas Tollway|Plano, TX 75093| |||
17-13132|Capital One Auto Finance |P.O. Box 260848|Plano, TX 75026-0848| |||
17-13132|Capital One Auto Finance, a division of Capi|P.O. Box 165028|Irving, TX
75016-5028| |||
17-13132|Capital One Auto Finance, c/o AIS Portfolio |P.O. Box 4360|Houston, TX
77210-4360| |||
17-13132|Diversified Consultants |P.O. Box 551268|Jacksonville, FL 32255-1268| |||
17-13132|Enhanced Recovery Company |P.O. Box 57547|Jacksonville, FL 32241-7547| |||
17-13132|Flagship Credit Acceptance |3 Christy Dr.|Suite 201|Chadds Ford, PA
19317-9670| ||
17-13132|Flagship Credit Acceptance |P.O. Box 3807|Coppell, Texas 75019-4354| |||
17-13132|I.C. System |P.O. Box 64378|Saint Paul, MN 55164-0378| |||
17-13132|Louisiana Department Of Revenue |PO BOX 66658|Baton Rouge LA 70896-6658|
|||
17-13132|Melvin McKnight | |||||undeliverable
17-13132|Navient Solutions, LLC on behalf of USA Fund|Attn: Bankruptcy Litigation
Unit E3149|PO Box 9430|Wilkes Barre, PA  18773-9430| ||
17-13132|Navient/Sallie Mae |P.O. Box 9500|Wilkes Barre, PA 18773-9500| |||
17-13132|New York and Company |P.O. Box 659728|San Antonio, TX 78265-9728| |||
17-13132|New York and Company |WFNNB Bankruptcy Department|P.O. Box 182125|Columbus,
OH 43218-2125| ||
17-13132|Ocwen Loan Servicing |1661 Worthington Rd.|Suite 100|West Palm Beach, FL
33409-6493| ||
17-13132|Ocwen Loan Servicing |P.O. Box 24738|West Palm Beach, FL 33416-4738| |||
17-13132|Phoenix Financial Services |8902 Otis Ave.|Suite 103A|Indianapolis, IN
46216-1009| ||
17-13132|Pulmonary Medicine Associates, LLP |P.O. Box 2249|Marrero, LA 70073-2249|
                                    Page 1
```

ncrs_addresses

```
|||
17-13132|SHAPIRO & DAIGREPONT, L.L.C. |3510 N. Causeway Blvd., Suite 600|Metairie, LA 70002-3540| |||
17-13132|Southern Credit Recovery, Inc. |3228 6th St.|Suite 201|Metairie, LA 70002-1677| ||
17-13132|SPRINT NEXTEL CORRESPONDENCE|ATTN BANKRUPTCY DEPT|PO BOX 7949|OVERLAND PARK KS 66207-0949|||preferred
17-13132|U.S. Department of Education/MOHELA |633 Spirit Dr|Chesterfield, Mo 63005-1243| |||
17-13132|JoAnn McKnight |2317 Deerlick|Harvey, LA 70058-2210||||
17-13132|Office of the U.S. Trustee |400 Poydras Street|Suite 2110|New Orleans, LA 70130-3238|||
17-13132|Phillip D. Rubins |4051 Veterans Memorial Boulevard|Suite 305|Metairie, LA 70002-5584|||
17-13132|S. J. Beaulieu Jr.|433 Metairie Road|Suite 307|Metairie, LA 70005-4326|||
```

Total Labels 39